UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDDY MARTINEZ, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>PASSAIC COUNTY SHERIFF'S :<br>DEPARTMENT, SHERIFF JERRY :<br>SPEZIALE, CHARLES MYERS, :<br>DEANDRE ESTIBESON, EDUARDO :<br>QUERO, TOMAS RODRIGUEZ, JOHN :<br>DOE (1-5) (fictitious names for unknown :<br>sheriff's officers), COUNTY OF PASSAIC, :<br>:<br>Defendant. : | Civil Action No. 06-4070 (JAG)<br><br>**ORDER**<br><br>**CLOSED** |

**GREENAWAY, JR., U.S.D.J.**

On April 4th, 2008, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R"), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that Eddy Martinez's ("Plaintiff") Complaint be dismissed, with prejudice, for failing to prosecute this action and comply with the orders of this Court. The time for filing objections to the R&R expired, at the latest, on April 18th, 2008, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. FED. R. CIV. P. 72(b); In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998). This Court has reviewed the

1

parties' submissions, and the R&R, under the appropriate <u>de</u> <u>novo</u> standard, and agrees with Magistrate Judge Arleo's analysis and conclusion.  Therefore,

    IT IS on this 29th day of May, 2008,

    ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of this Court; and it is further

    ORDERED that the Plaintiff's action be dismissed, with prejudice; and it is further

    ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.


                                                 S/Joseph A. Greenaway, Jr.
                                                JOSEPH A. GREENAWAY, JR., U.S.D.J.